1  **KRIS J. KRAUS**
California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11  UNITED STATES OF AMERICA,           ) Case No.  08MJ8105
                                        )
12        Plaintiff,                    )
                                        )
13  v.                                  ) **NOTICE OF ATTORNEY APPEARANCE**
                                        )
14  ARNULFO MACIAS-GARCIA,              )
                                        )
15        Defendant.                    )
                                        )
16  _____)

17        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

18  J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

19  above-captioned case.

20                                      Respectfully submitted,

21

22  Dated:  February 8, 2008             /s/ Kris J. Kraus
                                        **KRIS J. KRAUS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
24                                      Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

and

**Stephen W Peterson**
Law Offices of Stephen Peterson
964 Fifth Avenue
Suite 214
San Diego, CA 92101
(619)544-1446
Fax: (619)544-1469
Email: swplaw@sbcglobal.net

DATED: February 8, 2008            */s/ Kris J. Kraus*
                                   **KRIS J. KRAUS**
                                   Federal Defenders of San Diego, Inc.
                                   Kris_Kraus@fd.org