UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. __08mJ 8105__ |
| vs. | ) ) | ORDER |
| Arnulfo Macias-Garcia | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. __882 014__ |

**PETER C. LEWIS**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Roberto Hernandez-Ochoa
05963-298 @ ICJ

DATED: __2/19/08__

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _Seveya Alvarez Romero_

Deputy Clerk