UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br> )<br>vs. )<br>Arnulfo Macias-Garcia )<br> )<br>Defendant(s) )<br> ) | CRIMINAL NO. 08mJ8105<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 882 015 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Martin Bernardino Sanchez-Rojas
05960-298 @ ICJ

DATED: 2/19/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
        DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _Jeres~ Alvarez Romero_
        Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70082